IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00516-BNB

IN RE: [ERNEST VENSOR],

    Applicant,

v.

STATE OF COLORADO,
JOE ORTIZ, Executive Director, C.D.O.C., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DISMISSING CASE

Applicant Ernest Vensor initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On May 5, 2006, Magistrate Judge Boyd N. Boland ordered Mr. Vensor to show cause why the Application should not be denied as time-barred or for failure to exhaust state-court remedies.

On June 5, 2006, Mr. Vensor, filed a Response to Magistrate Judge Boland's Order to Show Cause. In the Response, however, Mr. Vensor requests that the Court dismiss the instant action without prejudice so that he may properly exhaust his state-court remedies. The Court must construe the Response liberally, because Mr. Vensor is a *pro se* litigant. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). Accordingly, the Court will construe the Response as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the [applicant] without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Respondents in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of June 5, 2006. *See **Hyde Constr. Co.**,* 388 F.2d at 507. Accordingly, it is

ORDERED that the Response is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of June 5, 2006, the date Mr. Vensor filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 9 day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00516-BNB

Ernest Vensor
Reg. No. 118945
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/9/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk